**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-00242-CMA-KLM

TOMMY ROZZELL,

    Plaintiff,

v.

ZWICKER & ASSOCIATES, P.C., a Massachusetts professional corporation,

    Defendant.

_____

**ORDER DISMISSING CASE WITH PREJUDICE**
_____

The Court, having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, does hereby

ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

DATED: March 30, 2010.

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Judge